IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30137
Summary Calendar
_____

ANTONINO F. ANZALONE,

Plaintiff-Appellant,
and

RON S. MACALUSO of Seale, Macaluso,
Daigle & Ross,

Intervenor-Plaintiff,

versus

ALLSTATE INSURANCE COMPANY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 93-CV-2248
- - - - - - - - - -
November 28, 1995

Before JOHNSON, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Antonino F. Anzalone appeals the jury's verdict in favor of defendant Allstate Insurance Company regarding suit brought pursuant to the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213. Anzalone maintains that the district court made erroneous evidentiary rulings and that the evidence was insufficient to support the jury's verdict. Because review of the briefs and the record reveals no reversible error, we AFFIRM.

AFFIRMED.

_____

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.